JACOB S. BURTON *v.* COMMONWEALTH.

**Intoxicating Liquor—Evidence.**
> The defendant charged with an illegal sale of liquor is not prejudiced by the refusal of the court to permit the prescription of a physician to be read as evidence, especially since such prescription was not identified by the party buying the liquor.

APPEAL FROM CUMBERLAND CIRCUIT COURT.

January 25, 1877.

OPINION BY JUDGE PRYOR:

The appellant was not prejudiced by the refusal of the court to permit the prescription of the physicians to be read as evidence.

The sign "Eating Saloon" over appellant's door is not to be regarded as an invitation to enter, by those wishing to see an apothecary, nor were the prescriptions identified by the party obtaining the liquor, nor used by him in obtaining the whisky.

Judgment *affirmed*.

*Scott Walker, for appellant. T. E. Moss, for appellee.*